UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK LEE SMITH,

      Plaintiff,

      Case No. 2:25-cv-310

v.

      HON. JANE M. BECKERING

PEOPLE OF THE STATE OF
MICHIGAN, et al.,

      Defendants.

_____/

## ORDER

This is a civil action filed by a *pro se* litigant under 42 U.S.C. § 1983.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 5) on January 13, 2026, recommending that the Court conclude that Plaintiff is barred from proceeding *in forma pauperis* under § 1915(g), and that the Court dismiss this action without prejudice.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff is DENIED leave to proceed in forma pauperis because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's action is DISMISSED WITHOUT PREJUDICE.  Plaintiff is free to refile his complaint as a new action in this Court if he submits the filing fees at the time that he initiates the new action.

---

[1] Plaintiff is the only party that has appeared in the case at this time.

**IT IS FURTHER ORDERED** that this Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). Further, should Plaintiff appeal this decision, he must pay the full appellate filing fee in a lump sum, because he is prohibited from proceeding *in forma pauperis* on appeal by 28 U.S.C. § 1915(g).

A Judgment will be entered consistent with this Order.

Dated: February 17, 2026                                   /s/ Jane M. Beckering
                                                                          JANE M. BECKERING
                                                                          United States District Judge